UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:09-CR-411 CEJ |
| WILLIAM A. FALLER and BRANDI M. HUTCHINGS, | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge David D. Noce for determination and recommended disposition, where appropriate. On December 14, 2009, Judge Noce entered an Report and Recommendation with respect to the motions to suppress evidence and statements filed by defendants William A. Faller and Brandi M. Hutchings, and the motions for admissibility of evidence filed by the United States. No objections to the Report and Recommendation have been filed, and the deadline for doing so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant William A. Faller to suppress statements [#17] is granted only as to his responses to the question about the PVC tubes. The motion to suppress statements is denied in all other respects.

**IT IS FURTHER ORDERED** that the motion of defendant Faller to suppress evidence [#31] is denied.

**IT IS FURTHER ORDERED** that the motion of defendant Brandi M. Hutchings to suppress statements [#20] os granted only as to her statements about the pills taken from her purse. The motion to suppress statements is denied in all other respects.

**IT IS FURTHER ORDERED** that the motion of defendant Hutchings to suppress evidence [#32] is denied.

**IT IS FURTHER ORDERED** that the motions of the United States for the admissibility of evidence [##18, 21, 28] are denied as moot.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2010.